IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2008 MAY 29  PM 3: 05

TEXAS-EASTERN

BY_____

| | |
|---|---|
| STEPHEN M. RIVAS, | § |
| Plaintiff, | § |
| v. | § CASE NO. 4:07cv504 |
| ROSEANNE LANEY, RICKY LANEY, and MAX BISHOP, | § |
| Defendants. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 29, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Roseanne Laney and Ricky Laney's Motion to Dismiss and alternatively Motion to Quash (Dkt. 12) and Defendant Max Bishop's Motion to Dismiss and Motion to Quash (Dkt. 21) be DENIED as to the motions to dismiss and DENIED as MOOT as to the motions to quash.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants Roseanne Laney and Ricky Laney's Motion to Dismiss and

1

alternatively Motion to Quash (Dkt. 12) and Defendant Max Bishop's Motion to Dismiss and Motion to Quash (Dkt. 21) are DENIED as to the motions to dismiss and DENIED as MOOT as to the motions to quash.

**IT IS SO ORDERED.**

SIGNED this 27th day of May, 2008.

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE